COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| CYNDY ZAMORA, | § | No. 08-14-00104-CV |
| Appellant, | § | Appeal from the |
| v. | § | 352nd District Court |
| TARRANT COUNTY HOSPITAL | § | of Tarrant County, Texas |
| DISTRICT, d/b/a JPS HEALTH | | |
| NETWORK, | § | (TC# 352-269553-13) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF APRIL, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes JJ.